CENTRAL RAILROAD OF NEW JERSEY, respondent,

*v.*

CITY OF JERSEY CITY, appellant.

[Decided October 14th, 1921.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Lewis, and reported in *92 N. J. Eq. 100.*

*Messrs. Edwards & Smith,* for the respondent.

*Mr. Charles M. Egan,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER, VAN BUSKIRK—13.

*For reversal*—None.